UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HASAN AHMED TALEB AL-THURAYA,

Petitioner,

-against-

WARDEN, *Orange County Correctional Facility*; DAVID VENTURELLA, *in his official capacity as Acting Director of Immigration and Custom Enforcement*; MARKWAYNE MULLIN, *in his official capacity as Secretary of the United States Department of Homeland Security*; TODD BLANCHE, *in his official capacity as Attorney General of the United States*,

Respondents.

**ORDER**

26-cv-07145 (ER)

EDGARDO RAMOS, United States District Judge:

Hasan Ahmed Taleb Al-Thuraya brings this petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. The Court, having examined the Petition, hereby orders that:

(1) By August 24, 2026, Petitioner's counsel shall serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, by overnight mail, and promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance.

(2) By August 28, 2026, Respondents shall file an answer to the Petition.

(3) By September 2, 2026, Petitioner shall file a reply.

SO ORDERED.

Dated: August 21, 2026
New York, New York

EDGARDO RAMOS
United States District Judge